PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  JEFFERSON   DON   L.
       (Last)      (First)    (Initial)

Prisoner Number  F32904

Institutional Address  FOLSOM STATE PRISON
P.O. BOX 950 FOLSOM CA. 95763

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DON L. JEFFERSON
(Enter the full name of plaintiff in this action.)

vs.

FOLSOM STATE PRISON

(Enter the full name of respondent(s) or jailor in this action)

Case No. CV 08 2790
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

E-filing   (PR)   PJH

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1  Who to Name as Respondent

2     You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.
6     If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10 A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11     1. What sentence are you challenging in this petition?
12         (a)   Name and location of court that imposed sentence (for example; Alameda
13               County Superior Court, Oakland):
14 SACRAMENTO SUPERIOR COURT, SACRAMENTO
15         Court                                Location
16         (b)   Case number, if known  05F07297 & 03F00265
17         (c)   Date and terms of sentence  6-12-06, 11 YEARS
18         (d)   Are you now in custody serving this term? (Custody means being in jail, on
19               parole or probation, etc.)          Yes ✗    No ____
20         Where?
21         Name of Institution: FolSOM STATE PRISON
22         Address: P.O. BOX 950 Folsom CA 95763
23     2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)
26  2ND DEGREE ROBBERY
27  _____
28  _____

PET. FOR WRIT OF HAB. CORPUS         - 2 -

1   3. Did you have any of the following?
2       Arraignment:            Yes  X    No ____
3       Preliminary Hearing:    Yes  X    No ____
4       Motion to Suppress:     Yes ____  No  X
5   4. How did you plead?
6       Guilty ____   Not Guilty  X   Nolo Contendere ____
7       Any other plea (specify) _____
8   5. If you went to trial, what kind of trial did you have?
9       Jury  X     Judge alone ____   Judge alone on a transcript ____
10  6. Did you testify at your trial?    Yes ____  No  X
11  7. Did you have an attorney at the following proceedings:
12      (a)  Arraignment                  Yes  X    No ____
13      (b)  Preliminary hearing          Yes  X    No ____
14      (c)  Time of plea                 Yes  X    No ____
15      (d)  Trial                        Yes  X    No ____
16      (e)  Sentencing                   Yes  X    No ____
17      (f)  Appeal                       Yes  X    No ____
18      (g)  Other post-conviction proceeding  Yes  X    No ____
19  8. Did you appeal your conviction?    Yes  X    No ____
20      (a)  If you did, to what court(s) did you appeal?
21           Court of Appeal              Yes  X    No ____
22           Year: 2006    Result: DENIAL
23           Supreme Court of California  Yes  X    No ____
24           Year: 2007    Result: DENIAL
25           Any other court              Yes ____  No  X
26           Year: _____  Result: _____
27
28      (b)  If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS    - 3 -

1          petition?         Yes _X_   No____

2   (c)  Was there an opinion?   Yes _X_   No____

3   (d)  Did you seek permission to file a late appeal under Rule 31(a)?

4                                            Yes ____   No _X_

5       If you did, give the name of the court and the result:

6       _____

7       _____

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9  this conviction in any court, state or federal?   Yes ____   No _X_

10     [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11 challenged the same conviction you are challenging now and if that petition was denied or dismissed

12 with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13 for an order authorizing the district court to consider this petition. You may not file a second or

14 subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15 U.S.C. §§ 2244(b).]

16   (a)  If you sought relief in any proceeding other than an appeal, answer the following

17         questions for each proceeding. Attach extra paper if you need more space.

18      I.  Name of Court: _____

19         Type of Proceeding: _____

20         Grounds raised (Be brief but specific):

21           a._____

22           b._____

23           c._____

24           d._____

25         Result: _____ Date of Result:_____

26     II.  Name of Court: _____

27         Type of Proceeding: _____

28         Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS     - 4 -

1    a._____

2    b._____

3    c._____

4    d._____

5    Result: _____ Date of Result: _____

6    III.   Name of Court: _____

7    Type of Proceeding: _____

8    Grounds raised (Be brief but specific):

9    a._____

10   b._____

11   c._____

12   d._____

13   Result: _____ Date of Result: _____

14   IV.   Name of Court: _____

15   Type of Proceeding: _____

16   Grounds raised (Be brief but specific):

17   a._____

18   b._____

19   c._____

20   d._____

21   Result: _____ Date of Result: _____

22   (b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                    Yes _____    No ✗

24   Name and location of court: _____

25   B. GROUNDS FOR RELIEF

26   State briefly every reason that you believe you are being confined unlawfully. Give facts to

27   support each claim. For example, what legal right or privilege were you denied? What happened?

28   Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS                - 5 -

1  need more space. Answer the same questions for each claim.

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: ALL CLAIMS AND SUPPORTING
6  FACTS ARE ON ATTACHED PAPER
7  Supporting Facts:_____

8
9
10

11  Claim Two:_____
12
13  Supporting Facts:_____
14
15
16

17  Claim Three:_____
18
19  Supporting Facts:_____
20
21
22

23  If any of these grounds was not previously presented to any other court, state briefly which
24  grounds were not presented and why:
25
26
27
28

PET. FOR WRIT OF HAB. CORPUS         - 6 -

CLAIM ONE: THE TRIAL COURT COMMITTED ERROR WHEN IT FOUND THAT APPELANTS PRIOR CONVICTION QUALIFIED AS A SERIOUS FELONY FOR SENTENCING PURPOSES BECAUSE THE PROSECUTOR'S EVIDENCE DID NOT ESTABLISH THAT HIS ILLINOIS CONVICTION FOR ATTEMPTED MURDER INCLUDED ALL OF THE ELEMENTS REQUIRED OF AN ATTEMPTED MURDER UNDER CALIFORNIA LAW OR A SERIOUS FELONY UNDER PENAL CODE SECTION 1192.7, SUBDIVISIONS (C)(8) AND (C)(9)

SUPPORTING FACTS: THE PROSECUTOR FAILED TO OBTAIN A COPY OF THE ILLINOIS ATTEMPTED MURDER STATUTE AS IT WAS DEFINED IN 1984 THE EVIDENCE INTRODUCED AT TRIAL PROVED ONLY THE LEAST ADJUDICATED ELEMENTS OF AN ATTEMPTED MURDER IN ILLINOIS. AND THE LEAST ADJUDICATED ELEMENTS OF THE ATTEMPTED MURDER DO NOT MEET THE REQUIREMENTS OF A SERIOUS FELONY "STRIKE" UNDER § 1192.7 Subd. (C)(8) OR (C)(9) THUS, THE COURT DEPRIVED PETITIONER OF HIS FEDERAL RIGHT TO DUE PROCESS WHEN IT FOUND THE PRIOR STRIKE ALLEGATION TRUE BY LESS THEN CONSTITUTIONALLY SUFFICIENT EVIDENCE.

THE PROSECUTOR FAILED TO OFFER SUFFICIENT EVIDENCE DURING APPELLANT'S TRIAL TO PROVE THAT HIS PRIOR CONVICTION QUALIFIED HIM FOR THE ENHANCED SENTENCE PURSUANT TO THE THREE STRIKES LAW.

THE PROSECUTOR FAILED TO OFFER SUFFICIENT EVIDENCE TO PROVE ALL THE ELEMENTS OF AN ATTEMPTED MURDER AS DE-

FINED IN ILLINOIS IN 1985; THUS THE PROSECUTOR OFFERED INSUFFICIENT EVIDENCE TO PROVE ALL OF THE ELEMENTS OF A 1984 ATTEMPTED MURDER CONVICTION IN ILLINOIS

ASSUMING IT WAS PROPER TO RELY ON THE ILLINOIS ATTEMPTED MURDER STATUTES WHICH THE PROSECUTOR DID PRODUCE, APPELLANT'S PRIOR ATTEMPTED MURDER CONVICTION IN ILLINOIS DID NOT INCLUDE ALL OF THE ELEMENTS OF AN ATTEMPTED MURDER IN CALIFORNIA AND DID NOT QUALIFY HIM FOR AN ENHANCED SENTENCE UNDER THE THREE STRIKES LAW.

THE PROSECUTOR FAILED TO PROVE THAT APPELLANT QUALIFIED FOR AN ENHANCED SENTENCE UNDER SECTION 1192.7, SUBD.(C)(8)

CLAIM TWO: THE ONE "STRIKE" FINDING SHOULD BE VACATED BECAUSE APPELLANT WAS DENIED HIS FEDERAL CONSTITUTIONAL RIGHT TO A JURY DETERMINATION WHETHER THE CONDUCT INVOLVED IN HIS 1984 ATTEMPTED MURDER CONVICTION CONSTITUTED A "STRIKE" UNDER THE "THREE STRIKES" SENTENCING SCHEME

SUPPORTING FACTS: PETITIONER'S RIGHT TO TRIAL BY JURY WAS ABRIDGED.

I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

5-29-08

Don Jefferson
DON JEFFERSON

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

APPRENDI V. NEW JERSEY (2000) 530 US. 466
BLAKELY V. WASHINGTON (2004) 542 U.S. 296
CUNNINGHAM V. CALIFORNIA (2007) 127 S.CT 856

Do you have an attorney for this petition? Yes ___ No _X_

If you do, give the name and address of your attorney:

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on __5-29-08__   _/s/ Don Jeff_
         Date                Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS          - 7 -

# PROOF OF SERVICE BY MAIL

I _Don Jefferson_, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.
    MY PRISON NUMBER IS: _F32904_
    MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**

    ON _5-29-08_, 2008, I SERVED A COPY OF THE FOLLOWING
DOCUMENT: _A petition for a writ of Habeas Corpus by a person in state custody under 28 U.S.C. §§ 2254_

    ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

_Clerk of the U.S. District Court for the Northern District of California_
_450 Golden Gate Ave. Box 36060_
_San Francisco, CA 94102_

    THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

    I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

    EXECUTED _5-29-08_, 2008, AT FOLSOM, CALIFORNIA..

_5-29-08_  _Don Jeff_
&lt;signature here&gt;

Don Jefferson
F32904 B1-D2-29
F.S.P. P.O. Box 950
Folsom CA. 95763

Clerk of the U.S. District
Court for the Northern
District of California
450 Golden Gate Ave
Box 36060

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671





UNITED STATES POSTAGE
$01.3
MAY 30
MAILED FROM ZIP CODE 95

pro se