FILED
08 JUN -4 PM 4: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing Plaintiff,    ) CASE NO. CV 08 -2790
vs.                    )
                       ) PRISONER'S
                       ) APPLICATION TO PROCEED
                       ) IN FORMA PAUPERIS    PJH
           Defendant.  )
_____)                      (PR)

I, DON JEFFERSON, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes ____ No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  JASPERS _____
4  _____
5  _____
6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8    a.  Business, Profession or            Yes ___ No _X_
9        self employment
10   b.  Income from stocks, bonds,         Yes ___ No _X_
11       or royalties?
12   c.  Rent payments?                     Yes ___ No _X_
13   d.  Pensions, annuities, or            Yes ___ No _X_
14       life insurance payments?
15   e.  Federal or State welfare payments, Yes ___ No _X_
16       Social Security or other govern-
17       ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.  Are you married?                    Yes ___ No _X_
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.  a.  List amount you contribute to your spouse's support : $ _____
28      b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 2 -

       and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.   Do you own or are you buying a home?     Yes ____  No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?     Yes ____  No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ____ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

_____

8.   What are your monthly expenses?

Rent: $ _____   Utilities: _____

Food: $ _____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 3 -

<u>CHILD SUPPORT SHASTA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES 11228.44</u>

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

<u>DON JEFFERSON VS. DEPUTY ROWE ET AL</u>
<u>2:06-CV-00299-RRB-DAD, EASTERN DISTRICT</u>

  I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

<u>5-29-08</u>          <u>Don Jeff</u>
DATE            SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____    - 4 -

1
2                                          Case Number: _____
3
4
5
6
7
8
9                              **CERTIFICATE OF FUNDS**
10                                        **IN**
11                             **PRISONER'S ACCOUNT**
12
13       I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of **Don Jefferson** for the last six months at
15                                    [prisoner name]
16   **Folsom State Prison** where (s)he is confined.
17              [name of institution]
18       I further certify that the average deposits each month to this prisoner's account for the most
19   recent 6-month period were $ **18.27** and the average balance in the prisoner's account
20   each month for the most recent 6-month period was $ **31.10**.
21
22   Dated: **5/14/08**                        *Karen C. Davis*
23                                         [Authorized officer of the institution]
24
25
26
27
28

                                          - 5 -

```
REPORT ID: TS3030 .701                                          REPORT DATE: 05/14/08
                        CALIFORNIA STATE PRISON FOLSOM                  PAGE NO:    2
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: NOV. 01, 2007 THRU MAY 14, 2008

ACCT: F32904       ACCT NAME: JEFFERSON, DON              ACCT TYPE: I

                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/12/06                       CASE NUMBER: 05F07297
COUNTY CODE: SAC                               FINE AMOUNT: $  5,000.00

DATE        TRANS.    DESCRIPTION                      TRANS. AMT.    BALANCE

11/01/2007  BEGINNING BALANCE                                         4,853.47
11/09/07    VR54      RESTITUTION DEDUCTION-SUPPORT       21.84-      4,831.63
12/07/07    VR54      RESTITUTION DEDUCTION-SUPPORT       17.68-      4,813.95
01/07/08    VR54      RESTITUTION DEDUCTION-SUPPORT       19.36-      4,794.59
02/06/08    VR54      RESTITUTION DEDUCTION-SUPPORT       17.68-      4,776.91
03/03/08    DR30      REST DED-CASH DEPOSIT               15.00-      4,761.91
03/06/08    VR54      RESTITUTION DEDUCTION-SUPPORT       10.40-      4,751.51
04/04/08    VR54      RESTITUTION DEDUCTION-SUPPORT       19.76-      4,731.75

 * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
 * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                         TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL        CURRENT      HOLDS       TRANSACTIONS
BALANCE        DEPOSITS     WITHDRAWALS  BALANCE      BALANCE     TO BE POSTED
  18.42        109.58       128.00       0.00         5.20        0.00

                                                       CURRENT
                                                       AVAILABLE
                                                       BALANCE
                                                       ---------
                                                         5.20
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/14/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

current balance = 0
avg. six month deposits = $18.24
avg. six month balance = $31.10

```
REPORT ID: TS3030  .701                                                          REPORT DATE: 05/14/08
                                                                                 PAGE NO:            1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIFORNIA STATE PRISON FOLSOM
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: NOV. 01, 2007 THRU MAY 14, 2008

ACCOUNT NUMBER  : F32904                            BED/CELL NUMBER: B1SDT200000029U
ACCOUNT NAME    : JEFFERSON, DON                    ACCOUNT TYPE:   I
PRIVILEGE GROUP : A

                                TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION       COMMENT            CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----   ----  -----------       -------            ---------   --------   -----------   -------
11/01/2007   BEGINNING BALANCE                                                           18.42
11/02 W516   LEGAL COPY CH     702227 L                                      0.50        17.92
11/07 W516   LEGAL COPY CH     702354 L                                      0.90        17.02
11/09*VD54   INMATE PAYROLL    702415LP10                       19.66                    36.68
11/29 W214   FEDERAL FILIN     F32904 299                                    3.94        32.74
12/07*VD54   INMATE PAYROLL    702894LP11                       15.92                    48.66
12/10 W521   FUND RAISER C     702905PIZA                                    9.00        39.66
12/10 FC01   DRAW-FAC 1        702920                                       30.00         9.66
ACTIVITY FOR 2008
01/07*VD54   INMATE PAYROLL    703363IM12                       17.43                    27.09
01/07 W214   FEDERAL FILIN     F32904 299                                    3.49        23.60
01/08 FC01   DRAW-FAC 1        703410                                       20.00         3.60
01/15 W516   LEGAL COPY CH     703576 L                                      0.90         2.70
01/15 W516   LEGAL COPY CH     703576 L                                      1.00         1.70
02/06*VD54   INMATE PAYROLL    703992IP01                       15.92                    17.62
02/08 W214   FEDERAL FILIN     F32904 299                                    3.19        14.43
02/26 W516   LEGAL COPY CH     704426 L                                      2.40        12.03
03/03*DD30   CASH DEPOSIT      MR0436                           13.50                    25.53
03/06*VD54   INMATE PAYROLL    704568IP02                        9.36                    34.89
03/06 W214   FEDERAL FILIN     F32904 299                                    2.70        32.19
03/06 W214   FEDERAL FILIN     F32904 299                                    1.87        30.32
03/10 FC01   DRAW-FAC 1        704648                                       20.00        10.32
03/19 W502   POSTAGE CHARG     704855 L                                      1.14         9.18
03/19 W516   LEGAL COPY CH     704859                                        0.16         9.02
03/19 W516   LEGAL COPY CH     704859                                        0.80         8.22
04/01 W516   LEGAL COPY CH     705048                                        2.40         5.82
04/02 W502   POSTAGE CHARG     705065 L                                      1.99         3.83
04/04*VD54   INMATE PAYROLL    705091IP03                       17.79                    21.62
04/07 W214   FEDERAL FILIN     F32904 299                                    3.56        18.06
04/07 FC01   DRAW-FAC 1        705162                                       18.06         0.00

                              CURRENT HOLDS IN EFFECT

DATE         HOLD
PLACED       CODE    DESCRIPTION              COMMENT              HOLD AMOUNT
------       ----    -----------              -------              -----------
04/18/2008   H118    LEGAL COPIES HOLD        705450 L                    0.20
04/23/2008   H114    COPAY FEE, MED.          705634                      5.00
```

*STATE OF CALIFORNIA                                            DEPARTMENT OF CORRECTIONS
CDC-193(1/88)

# TRUST ACCOUNT WITHDRAWAL ORDER

Date __5-29__ 2008

To:   Warden                Approved _____

I hereby request that my Trust Account be charged $ _____ for the purpose stated below and authorize the withdrawal of that sum from my account:

__F32904__
NUMBER

_Don Jeffer___
NAME (Signature please, DO NOT PRINT)

PURPOSE:

**POSTAGE FOR**
**LEGAL MAIL**
CLERK OF THE U.S. DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA

__DON JEFFERSON__
PRINT YOUR FULL NAME HERE