Don Jefferson
F32904 B1-D2-29
F.S.P. P.O. Box 950
Folsom CA. 95763

**FILED**
JUN 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
08 JUN 12 PM 12:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

OFFICE OF THE CLERK, U.S. DISTRICT
COURT NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

Don Jefferson                    CASE# CV 08 2790 PJH (PR)
        vs
Folsom State Prison

Dear Clerk,
   My case has been designated for Electronic Case Filing Program. I am not registered and have not consented to receive electronic service. I am a prisoner and pro se litigant and must serve documents conventionally.
   I am also a layman at law and am unsure of what is expected of me at this point. Could you please direct me.
   Thank you

6-10-08

Don Jefferson

**Folsom State Prison**
P.O. Box 715071
Represa, CA 95671

FSP41-0077

ADDRESS TO:
P.O. BOX 715071 Letter, Photos, Stamps only
P.O. BOX 1790 Money Orders only
P.O. BOX 950 Legal Mail only.

NAME: Don JEFFERSON
CDCR#: F32904   Bldg/Bed: B1-12-29

**STATE PRISON
GENERATED MAIL**

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671



02 1M
0004219402
MAILED FROM ZIP CODE 95672
$ 00.42⁰
JUN 11 2008
UNITED STATES POSTAGE
PITNEY BOWES

9410233651 0004

OFFICE OF THE CLERK
U.S. DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE,
SAN FRANCISCO CA. 94102