**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 17, 2008

United States District Court
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

**RE: CV 08-02790 PJH (PR)  JEFFERSON v. FOLSOM STATE PRISON**

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐   Certified copy of docket entries.

☐   Certified copy of Transferral Order.

☐   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by:  Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

CLOSED, E-Filing, HABEAS, ProSe, TRANSF

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:08-cv-02790-PJH
# Internal Use Only

Jefferson v. Folsom State Prison  
Assigned to: Hon. Phyllis J. Hamilton  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/04/2008  
Date Terminated: 06/16/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Don L. Jefferson**  represented by  **Don L. Jefferson**  
F-32904  
Folsom State Prison  
B1-D2-29  
P.O. Box 950  
Folsom, CA 95763  
PRO SE

V.

**Respondent**

**Folsom State Prison**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2008 | 1 | PETITION for Writ of Habeas Corpus. Filed byDon L. Jefferson. (far, COURT STAFF) (Filed on 6/4/2008) (Entered: 06/05/2008) |
| 06/04/2008 | | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 6/4/2008) (Entered: 06/05/2008) |
| 06/04/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Don L. Jefferson. (far, COURT STAFF) (Filed on 6/4/2008) (Entered: 06/05/2008) |
| 06/12/2008 | 3 | LETTER from Petitioner to Clerk dated 6/10/08 re ECF. (far, COURT STAFF) (Filed on 6/12/2008) (Entered: 06/13/2008) |
| 06/16/2008 | 4 | ORDER OF TRANSFER. Signed by Judge Phyllis J. Hamilton on 6/16/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 6/16/2008) (Entered: 06/16/2008) |
| 06/17/2008 | 5 | CLERK'S LETTER to USDC Eastern District of California re transfer of case. (far, COURT STAFF) (Filed on 6/17/2008) (Entered: 06/17/2008) |